# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147195

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 147195
                                   COA: 314412
NGUYEN NGODTU CHU,                Kent CC: 00-011090-FC
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 29, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



s0923

                              Clerk